# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAMES ALLEN<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:22-cv-01721-SBC<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. SECTION 2412(d) [ECF 26]** |

    Pending before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. section 2412(d) ("Joint Motion"). Based upon the parties' submission and their stipulation to the fee award, the Court GRANTS the Joint Motion and awards to Plaintiff attorney fees in the amount of $8,400.00 as authorized by 28 U.S.C. § 2412 and no costs as authorized by 28 U.S.C. § 1920

/ / /

/ / /

/ / /

1 | subject to the terms of the Joint Motion, including, but not limited to, any offset as
2 | determined by the Government.
3 | **IT IS SO ORDERED.**
4 | Dated: February 20, 2024

Hon. Steve B. Chu
United States Magistrate Judge